Special Private Communication

Chanda J. Berta, Clerk of Court
federal district court at
United States District Court
Northern District of Indiana
1300 S. Harrison St.
Fort Wayne, Indiana, America



1:23CV434-HAB-SLC

Greetings,

This is a brief executive summary to save you time. Hierarchy of power;



The facts established are that a falsehood has been fabricated against trust certificate(s) created by the State of Indiana. Either that, or for reasons of secrecy which have not been produced, due process and full disclosure have been denied me. The certificate has been offered as a receipt for hospitality and by custom and necessity I have been granted the use of trust property. I have notified the State of Indiana, and countless agencies operating for the United States of this unverified trespass against the certificate/trust. There is no evidence of a verified claim signed by another man or woman against the certificate and ample (excessive, in my opinion) due process to produce one has been given to relevant actors for the corporations. This certificate holds the fruits of my labor which is exempt from levy. Actions have been taken by agents to deprive me of life and liberty and my property without due process and I have been harmed. When I request clarification or assistance, the requests are ignored. My wishes are clear:

1. Assign this to an honest man or woman who will do equity and : 2. Verify or deny the claim by pointing out my misunderstanding. 3. Correct the record. 4. Award restoration of property taken.

This is a simple request and very easy to understand. I have provided the packages of information which detail good faith efforts to resolve this issue, and I fail to see why plain English stating of the facts is not sufficient to stop this clear cut abuse, coercion, theft, and slander.

Govern yourself accordingly.

Special Private Communication



## NOTICE

I come in peace as a citizen of the republic of the United States of America and not as a United States Citizen.

Per the Constitution, the Supreme Law of the Land:

Article 6, clause 1
Article 1, section 8, clause 17
Article 4, section 4
Article 2, section 4
Article 3, Section 2, Clause 2
FRCP 38 (a) (d)

You are to protect me in my common law capacity.

I declare pursuant to the laws of the United States of America that the foregoing is true and correct.

Date: _THIRD DAY 10th MONTH, TWO ZERO TWO THREE_

By: _Currie, Chris-David_

**Special-Private-Priority-Confidential**

Chanda J. Berta, Clerk of Court
federal district court at
United States District Court
Northern District of Indiana
1300 S. Harrison St.
Fort Wayne, Indiana, America