AO 450 (Rev. 01/09)    Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

CHRIS-DAVID CURIE
*c/o Notary Acceptor*

Civil Action No. 1:23-cv-434

Plaintiff

v.

STATE OF INDIANA

Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: This case is DISMISSED.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Chief Judge Holly A. Brady

DATE:  12/05/2023                                     CHANDA J. BERTA, CLERK OF COURT

                                                                    by    s/J. Barboza
                                                                    *Signature of Clerk or Deputy Clerk*